**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE  DIVISION**


**DANNY L. MAYS**                                                                          **PLAINTIFF**


**VS.                              CASE NO. 1:07CV00032 JMM**


**K.C. SHULTZ, INDIVIDUALLY, AND
IN HIS OFFICIAL CAPACITY AS A MEMBER
OF THE CHEROKEE VILLAGE POLICE
DEPARTMENT, ET AL.**                                                              **DEFENDANTS**


**ORDER**

The Court has been notified that a settlement has been reached in the above styled case.

Based upon this settlement, the complaint and all claims in this action are hereby dismissed with

prejudice and the Clerk of the Court is directed to close the case and dismiss all pending motions

as moot.

IT IS SO ORDERED this   19   day of  May , 2008.



_____
James M. Moody
United States District Judge